JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　　v.<br><br>ONE NANJING HANYOO AUTOMATIC CAPSULE FILLING MACHINE, MODEL NJP GL-18C,<br><br>　　　　Defendant. | No. 2:20-10188-CAS (RAOx)<br><br>**CONSENT JUDGMENT OF FORFEITURE** |

　　　Plaintiff United States of America ("the government") and Claimant Wholesale Kings, LLC, through its President Eric Morford ("Morford"), have made a stipulated request for the entry of this Consent Judgment, resolving this action in its entirety.

　　　The Court, having considered the stipulation of the parties, and good cause appearing therefor, HEREBY ORDERS, ADJUDGES AND DECREES:

　　　1.　This Court has jurisdiction over the subject matter of this action and the parties to this Consent Judgment of Forfeiture.

　　　2.　The Complaint for Forfeiture states a claim for relief pursuant to 21 U.S.C. § 881(a)(9).

///

3. Notice of this action has been given and published as required by law. All potential claimants to the defendant One Nanjing Hanyoo Automatic Capsule Filling Machine, Model NJP GL-18C ("defendant") other than Morford are deemed to have admitted the allegations of the Complaint for Forfeiture to be true with respect to the defendant. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.

4. Within thirty (30) days after this Consent Judgment of Forfeiture is entered, Morford shall pay the United States of America $4,000.000, which shall be the substitute res for the defendant. The $4,000.00 shall be paid via a cashier's check payable to the "United States Marshals Service" (or in any other manner agreed to in writing by the United States Attorney's Office following the entry of this Consent Judgment of Forfeiture) and delivered to the Assistant United States Attorney who executed the stipulation for entry of judgment (or such other Assistant United States Attorney as designated in writing by the United States Attorney's Office following the entry of this Consent Judgment of Forfeiture).

5. Should Morford timely make the $4,000.00 payment in full and in the manner provided by the Consent Judgment of Forfeiture, the money paid shall be forfeited to the United States, no other right, title or interest shall exist therein, the government shall dispose of the funds according to law, and the United States of America shall release the defendant personal property to Morford. The USMS shall contact Morford to arrange for release of the defendant personal property. If Morford does not make arrangements to retrieve the defendant personal property within 60 days of such USMS contact and actually retrieve the defendant personal property, the defendant

1  personal property shall be deemed abandoned, and all right, title and
2  interest in the defendant personal property shall be forfeited to the
3  United States, which shall dispose of the property according to law,
4  unless the USMS and Morford agree otherwise in writing.
5         6.   Specifically, should Morford fail to timely make the
6  $4,000.00 payment in full and in the manner provided by this Consent
7  Judgment of Forfeiture, the following shall apply:
8              a.   The United States of America shall file a statement
9  which provides that Morford has failed to timely make the $4,000.00
10 payment in full and in the manner provided by this Consent Judgment
11 of Forfeiture.
12             b.   The United States of America shall have judgment as to
13 the interests of Morford and all other potential claimants as to the
14 defendant, which shall be condemned and forfeited to the United
15 States of America and disposed of by the United States of America in
16 accordance with law.
17        7.   There was reasonable cause for the seizure of the defendant
18 and institution of these proceedings.  This judgment shall be
19 construed as a certificate of reasonable cause pursuant to 28 U.S.C.
20 § 2465.
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

8. Morford did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

Dated: April 9, 2021

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Presented by:

TRACY L. WILKISON
Acting United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

  /s/Brent A. Whittlesey
BRENT A. WHITTLESEY
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA